FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

A COMPLAINT UNDER THE CIVIL RIGHTS ACT, PM 2: 57
42 U.S.C. §1983

2006 NOV -1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DC
BY DEPUTY CLERK

Michael George
Rev. 4L-9
Louisiana State Pen

115917

Inmate (DOC) number

06-840-FJP-CN

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Sgt. Marcus Goss

Cap. Joseph Hooker   sgt. Vincent Knight
Louisiana State Pen
Angola LA 70712

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.      Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No ( ✓ )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
    Plaintiff(s): _____
    _____

    Defendant(s): _____
    _____

2. Court (if federal court, name the district; if state court, name the parish): _____
    _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____
    _____

2

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____

_____

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

      Yes ( )      No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: _Louisiana state Pen Rev-YL-9_

A. Is there a prisoner grievance procedure in this institution?
    Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _LSP. 2006-30 80_
_LSP 2006-2410_

2. What steps did you take? _I fill stage one on_
_The A.R.P_

3. What was the result? _denied_

_____

D. If your answer is No, explain why not: _____

_____

3

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Micheal George_

Address _Louisiana State Pen Red 4L-9_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Louisiana State Pen_ is employed as _main prison Capt. + 2 Sgts_ at _Louisiana State Penitentiary_

C. Additional Defendants: _Capt Hooker, Joseph_
_Sgt. Vincent Knight_
_Sgt. Marcus Goss_
_Louisiana State Pen_

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 6-30-06 Sgt Goss, search my cell and threw my legal work out the cell I tould hem that, that was my legal-work he say that your ass is not going to get out here I then ask to see my social worker, Sgt Goss and Sgt Kingth put water on the floo and mad like he tripp in frount of my cell then thay call Cap Hooker, he was a Lt at that time Lt. Hooker and Sgt Kinght then came to my cell with two can's of stray, and then Sgt Kinght then, strayed it in my face then he gave it to the Cap Hooked and he did the same then thay tould my cellmate to go to the shower then I was in the cell by my self and thay strayed one at a time

then they let me out my cell to go back to the cell and lock us down for the night, thay would not let me take a shower or see a E.M.T. ~~I was~~ ~~on~~ I had to wash my self in the torlet in my cell my cell mate help me to try to get it off me that did not help me, I ask them to give the name of the inmate's that was in cell 12, 13, 14, 15 thay say that thay could not but I have the inmate name who was in the cell with me and the man who was in cell #14, The man name in cell #13 name is Cliften Fielding #404581 and the man in cell #14 is Lamont Sglvester 336704 Thay will tell the court what happen that night. Micheel George 115917

Case 3:06-cv-00840-FJP-CN   Document 1   11/01/06   Page 5 of 8

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. I would like this court to Award me $ 10,000.00 H for pain And suffing and distmiss the two, Sgt Knight and Sgt Coss. from there doute and surspne Lt Hooker for not looking in to promlem like he sulber

VI.    Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 23 day of October , 200 6 .

Michel Guye 115917

Signature of plaintiff(s)

5



Micheal George 115917
Camp D. Rev. 4th #9
Louisiana State Pen.
Angola La 70712

Clerk of Court
Middle District of Louisiana
777 Florida Street. Ste. 139
Boton Rouge LA 70801

Angola Prison Rodeo
Every Sunday In October

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004315085     OCT 31 2006
$ 00.87⁰
MAILED FROM ZIP CODE 70712

NOT CENSORED
Not Responsible for Contents
La. State Penitentiary

OCT 3 1 2006

LA. STATE PEN.
AN ALL MALE PENAL INSTITUTE