UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL GEORGE (#115917)                          CIVIL ACTION

VERSUS

CAPT. JOSEPH HOOKER, ET AL.                       NO. 06-0840-B-M2

O R D E R

On November 1, 2006, the pro se plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against Capt. Joseph Hooker, Sgt. Marcus Goss and Sgt. Vincent Knight, complaining that the defendants violated his constitutional rights on June 30, 2006, when they mishandled his legal papers and, when he complained, subjected him to excessive force.

By correspondence dated November 20, 2006, the Clerk of Court directed the plaintiff to either pay the cost of filing suit in this Court within fifteen (15) days or, within such time, file a Statement of Account, signed by an authorized officer of the plaintiff's institution, certifying to the average deposits and balance in the plaintiff's inmate account(s) for the preceding six (6) months. Rec.doc.no. 3. The plaintiff was specifically notified that, "failure to amend the pleadings as indicated will result in the dismissal of your suit by the Court without further notice." Id.

Despite notification of the need to either pay the Court's filing fee or submit a properly executed Statement of Account within fifteen (15) days, the plaintiff has failed to respond to the Court's Order. Therefore, this proceeding shall be dismissed, without prejudice, for

failure of the plaintiff to correct the deficiencies of which he was notified.

Judgment shall be entered in accordance with this Ruling.

Baton Rouge, Louisiana, this _3/_ day of January, 2007.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE