UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL GEORGE (#115917) CIVIL ACTION

VERSUS

CAPT. JOSEPH HOOKER, ET AL. NO. 06-0840-B-M2

## J U D G M E N T

For the written reasons assigned:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, this 31 day of January, 2007.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE