FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2-5-07 2007 FEB -7 PM 4:53

SIGN BY DEPUTY CLERK

Michael George # 115917
Camp D Raven 4-L-9
Louisiana State prison
Angola, LA. 70712

Civil Action (No. 06-0840-B-M2) Case: 3:
2006-CV-00840-FJP-CN

To Whom it May Concern;

I'm Corresponding inregards upon the Correspondence dated November 20, 2006, the Clerk Of Court directed the plaintiff to either pay the Cost Of filing Suit in this Court Within fifteen (15) days. My Complaint is this how Could I do either "or" When I had never received any prototype Of the notice. I'm not stating that you the respected party hadn't mailed the paper Work but I had never Seen or received anything. However, in this institution When any document's or legal letters that or mailed to and inmate that same inmate to which the document's or legal letter is addressed unto has to Sign his Signature On a Legal mail receiving form for State records. And my proof and truth to What I'm Stating would be on that paper that the intitution Keeps for record. But I

FJP

know that it isn't because I had not received anything and caused my Civil Action Suit to get dismissed. I know for a fact that I would have received the respected paper work my out come would have been ruled different by me filling out the form certifying to my average deposits and balance of my account within the last six (6) months. If you investigate the legal mail records to see for a fact I had signed for the respected paper work from you or your office your see that it wasn't my failure at all because I would have to sign for Legal Letters or documents. Who's not to say that the institution hadn't destroyed or lost it themselves that's why I would like for you to request of my Legal Lettering from your office. For example I had stamp on my last paper work (Feb 02, 2007) from the prison that I had to sign for with the institution security presented because that's how it's done here and I telling you the truth I never seen or signed for anything from your office November 20, 2006, I never received anything. Please look into.

Michael George

In respects: Michael George 115917

Micheal George 115917
camp D. Rev 4L9
Louisiana state Pen
Angola LA 70712

Angola Prison Rodeo
Every Sunday In October

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39[0]
02 1A
0004315085 FEB 06 2007
MAILED FROM ZIP CODE 70712

Clerk's office
United state District Court
middle District of Louisiana
777 Florida street, Suite 139
Baton Rouge LA 70801-1712

NOT CENSORED
Not Responsible for Contents
La. State Penitentiary
FEB - 6 2007
LA. STATE PEN.
AN ALL MALE PENAL INSTITUTE